## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | Case Number: 15-00025-hb |
| Dean Bruce Nash | Chapter 13 |
| Debtor. | |

## STATEMENT OF CHANGE

The Debtor hereby gives notice as to the substance of the changes included in the attached amended documents. The undersigned hereby certifies that all parties in interest or creditors (if applicable), listed on the attached mailing matrix, have been served with these amendments.

**Schedule D: Removed SC Dept of Revenue**
**Schedule E: Added DSO and Enforcement Agency**

/s/ Dean Bruce Nash
Dean Bruce Nash

Dated: March 31, 2015
In Greenville, South Carolina

*/S/ Robert H. Cooper*
Robert H. Cooper
Attorney for Debtor
The Cooper Law Firm
150 Milestone Way, Ste. B
Greenville South Carolina 29615
(864) 271-9911
(864) 232-5236 Fax
thecooperlawfirm@thecooperlawfirm.com

B6E (Official Form 6E) (4/13)

In re    **Dean Bruce Nash**   ,    Case No.   **15-00025**

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

    **2**    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  **Dean Bruce Nash**  
_____,  
Debtor

Case No. __**15-00025**__

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Domestic Support Obligations**  
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>Diane Nash<br>200 North Mount Tabor Church Road<br>Easley, SC 29640 | | - | Domestic Support | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br>SC Child Support Enforcement Division<br>PO Box 1469<br>Columbia, SC 29202-1469 | | | ADDITIONAL NOTICE FOR Diane Nash | | | | Notice Purposes | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __2__ continuation sheets attached to  
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)   0.00 | 0.00 | 0.00

B6E (Official Form 6E) (4/13) - Cont.

In re  **Dean Bruce Nash**  ,  Case No. __**15-00025**__
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>Anderson County Tax Collector <br>PO Box 8002 <br>Anderson, SC 29622 | - | | FOR NOTICE PURPOSES ONLY | | | | 0.00 | 0.00 | 0.00 |
| Account No. <br><br>Internal Revenue Service <br>Centralized Insolvency Operation <br>PO Box 7346 <br>Philadelphia, PA 19101-7346 | - | | FOR NOTICE PURPOSES ONLY | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    0.00    0.00    0.00

Total
(Report on Summary of Schedules)    0.00    0.00    0.00

B6D (Official Form 6D) (12/07)

In re  **Dean Bruce Nash**                                    , Case No. __**15-00025**__
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>CertusBank<br>6602 Calhoun Memorial Hwy.<br>Easley, SC 29640 | X | | - | Mortgage - Co-Debtor will make payments<br>Residential 12 acres unimproved land adjacent to above property located at 184 North Mount Tabor Church Road, Easley South Carolina. Property cross collateralized with commercial acreage owned by Debtor's former business<br>Value $  124,000.00 | | | | 140,000.00 | 0.00 |
| Account No.<br><br>Christpher Garner<br>993 Hollybush Road<br>Easley, SC 29640 | | | - | 2014CV39105003117  7/22/2014<br><br>Judgment to be valued at zero.<br><br>Value $  0.00 | | | | 2,590.00 | 0.00 |
| Account No.<br><br>Citibank<br>2420 Sweet Home Road Ste 150<br>Buffalo, NY 14228 | X | | - | 2nd mortgage - Debtor surrenders all interest and will make no payments.<br>3000 square foot residential real property on 8.5 acres located at 200 North Mount Tabor Church Road, Easley South Carolina. Debtor owns with estranged wife, who resides alone in the home. Debtor was ordered by Family<br>Value $  318,000.00 | | | | 95,074.00 | 3,074.00 |
| Account No.<br><br>Citimortgage<br>PO Box 6243<br>Sioux Falls, SD 57117 | | | | ADDITIONAL NOTICE FOR<br>Citibank<br><br><br>Value $ | | | | Notice Purposes | |
| _3_ continuation sheets attached | | | | Subtotal<br>(Total of this page) | | | | 237,664.00 | 3,074.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re **Dean Bruce Nash**, Debtor

Case No. **15-00025**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Graco<br>c/o Theodore Von Keller, Esq.<br>PO Box 4216<br>Columbia, SC 29240 | X | - | 2014CP3900442  8/29/2014<br><br>Judgment to be valued at zero.<br><br>Value $ 0.00 | | | | 17,095.00 | 0.00 |
| Account No.<br><br>June Green<br>6256 White Horse Road<br>Greenville, SC 29611 | | - | Debtor's mother holds mortgage however there are no monthy payments. Residential house on 3 acres located at 334 North Mount Tabor Church Road, Easley South Carolina. This property is jointly owned by estranged wife. June Green, Debtor's mother, holds a perfected mortgage on this property in<br><br>Value $ 78,000.00 | | | | 55,900.00 | 0.00 |
| Account No.<br><br>Kubota Credit Corporation USA<br>PO Box 0559<br>Carol Stream, IL 60132 | | - | PMSI<br><br>Kabotu SVL 75 Trackloader - 2013<br>$25,000, to be valued in plan.<br><br>Value $ 25,000.00 | | | | 32,304.00 | 0.00 |
| Account No.<br><br>Ocwen Loan Servicing<br>c/o Kimberly Thompson, Esq.<br>501 Minuet Lane #104A<br>Charlotte, NC 28217 | X | - | 1st Mortgage - Debtor surrenders all interest and will make no payments. 3000 square foot residential real property on 8.5 acres located at 200 North Mount Tabor Church Road, Easley South Carolina. Debtor owns with estranged wife, who resides alone in the home. Debtor was ordered by Family<br><br>Value $ 318,000.00 | | | | 226,000.00 | 0.00 |
| Account No.<br><br>Brian K. James, Esq.<br>PO Box 93<br>Easley, SC 29641 | | | ADDITIONAL NOTICE FOR<br>Ocwen Loan Servicing<br><br>Value $ | | | | Notice Purposes | |

Sheet **1** of **3** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)      **331,299.00**      **0.00**

B6D (Official Form 6D) (12/07) - Cont.

In re  **Dean Bruce Nash**                                             Case No.  **15-00025**
                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Les Hendricks, Esq.<br>PO Box 665<br>Easley, SC 29641 | | | ADDITIONAL NOTICE FOR<br>Ocwen Loan Servicing<br><br>Value $ | | | | Notice Purposes | |
| Account No.<br><br>Ocwen Loan Servicing LLC<br>3451 Hammond Avenue<br>Waterloo, IA 50702 | | | ADDITIONAL NOTICE FOR<br>Ocwen Loan Servicing<br><br>Value $ | | | | Notice Purposes | |
| Account No.<br><br>Ocwen Loan Servicing, LLC<br>PO Box 24737<br>West Palm Beach, FL 33416 | | | ADDITIONAL NOTICE FOR<br>Ocwen Loan Servicing<br><br>Value $ | | | | Notice Purposes | |
| Account No. xxxxxxxxxxxxxxxx<br><br>Polaris Finance<br>PO Box 6153<br>Rapid City, SD 57709 | X | - | PMSI<br><br>2008 Polaris Ranger<br><br>Value $  2,500.00 | | | | 1,107.00 | 0.00 |
| Account No.<br><br>RSG Building Solutions<br>c/o John Devlin, Esq.<br>PO Box 10387<br>Greenville, SC 29603 | | - | 2013CP3900717 9/09/2013<br><br>Judgment - personal guarantee<br><br>Value $  0.00 | | | | 29,352.00 | 0.00 |

Sheet **2** of **3** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    **30,459.00**    **0.00**

B6D (Official Form 6D) (12/07) - Cont.

In re  **Dean Bruce Nash** , Debtor

Case No. __15-00025__

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Wells Fargo<br>C/O Bky Dept<br>1 Home Campus<br>Des Moines, IA 50328 | | - | PMSI<br><br>2003 Ford F350 Truck<br>VIN xxxx2166<br><br>Value $ 6,500.00 | | | | 5,126.00 | 0.00 |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Sheet 3 of 3 continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal<br>(Total of this page) | | | | 5,126.00 | 0.00 |
| | | | Total<br>(Report on Summary of Schedules) | | | | 604,548.00 | 3,074.00 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:

Dean Bruce Nash

CASE NO: 15-00025-hb
CHAPTER: 13

DEBTOR

CERTIFICATE OF SERVICE

I hereby certify that I have mailed, by US Regular mail or electronic mail, a true and accurate copy of the **Statement of Change and the Amended Schedules; Notice of Meeting of Creditors; and, Statement of Social Security Number (Official Bankruptcy Form B-21)** to the creditors and parties in interest as follows:

Diane Nash
200 North Mount Tabor Church Road
Easley, SC 29640

SC Child Support Enforcement Division
PO Box 1469
Columbia SC 29202

Dated: March 31, 2015
In Greenville, South Carolina

_____
Office Personnel for
THE COOPER LAW FIRM
150 Milestone Way, Ste. B
Greenville South Carolina 29615
(864) 271-9911
(864) 232-5236 Fax
Email: thecooperlawfirm@thecooperlawfirm.com